E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
MITCHELL M. SULIMAN (Cal. Bar No. 301879)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0721/(951) 276-6026
    Facsimile:  (213) 894-0141/(951) 276-6202
    E-mail:     John.Lulejian@usdoj.gov
           Mitchell.Suliman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cv-05767-PA-RAO |
|---|---|
| Plaintiff, | [~~Proposed~~] ORDER |
| v. | |
| YOUSSEF BEROUAIN, | |
| A Fugitive from the Government of United Kingdom of Great Britain and Northern Ireland. | |

    Upon consideration of the request of the United States for the detention of fugitive YOUSSEF BEROUAIN pending extradition proceedings, and good cause therefor appearing,

    IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

    1.   In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail.  See United States v. Salerno, 878 F.2d 317, 317 (9th Cir.

1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984).  The burden of showing special circumstances exist rests upon the fugitive.  See, e.g., Salerno, 878 F.2d at 317-18.  Here, the Court finds that no such "special circumstances" exist.

~~2.   The government alternatively requests detention on the grounds that YOUSSEF BEROUAIN presents an unacceptable risk of (a) flight and/or (b) danger to the community, even if the Court were to find that special circumstances are present.~~

~~The Court hereby finds no combination of conditions that will reasonably assure:~~

  ~~a.   ( ) the appearance of fugitive as required; and/or~~

  ~~b.   ( ) the safety of any person or the community~~

_____
_____
_____
_____
_____

     IT IS SO ORDERED.


August 30, 2023                    *Rozella A. Oliver* (signature)
DATE                               HONORABLE ROZELLA A. OLIVER
                                   UNITED STATES MAGISTRATE JUDGE


Presented by:

/s/ Mitchell M. Suliman
JOHN J. LULEJIAN
MITCHELL M. SULIMAN
Assistant United States Attorney